*State, Respondent, v. Threadgill, Petitioner*, No. 93482-7. Petition for review of a decision of the Court of Appeals, No. 68662-3-I, July 11, 2016, 194 Wn. App. 1053. *Denied* December 7, 2016.

*State, Respondent, v. Roussel, Petitioner*, No. 93484-3. Petition for review of a decision of the Court of Appeals, Nos. 46657-1-II and 48067-1-II, July 19, 2016, 195 Wn. App. 1006. *Denied* December 7, 2016.

*State, Respondent, v. Tyler, Petitioner*, No. 93485-1. Petition for review of a decision of the Court of Appeals, No. 46426-8-II, July 19, 2016, 195 Wn. App. 1006. *Denied* December 7, 2016.

*State, Respondent, v. Beck, Petitioner*, No. 93487-8. Petition for review of a decision of the Court of Appeals, No. 73532-2-I, July 25, 2016, 195 Wn. App. 1014. *Denied* December 7, 2016.

*Hopkins, Respondent, v. Seattle Pub. Sch. Dist. No. 1, Petitioner*, No. 93492-4. Petition for review of a decision of the Court of Appeals, No. 73147-5-I, July 18, 2016, 195 Wn. App. 96. *Denied* December 7, 2016.

*Tri-City R.R. Co., Petitioner, v. Utils. & Transp. Comm'n, Respondent*, No. 93494-1. Petition for review of a decision of the Court of Appeals, No. 33031-1-III, June 16, 2016, 194 Wn. App. 642. *Denied* December 7, 2016.

*State, Respondent, v. DeSpain, Petitioner*, No. 93495-9. Petition for review of a decision of the Court of Appeals, No. 73142-4-I, June 13, 2016, 194 Wn. App. 1027. *Denied* December 7, 2016.

*Rumyantsev, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 93497-5. Petition for review of a decision of the Court of Appeals, No. 33181-4-III, June 2, 2016, 194 Wn. App. 1019. *Denied* December 7, 2016.